**DISMISS; and Opinion Filed March 19, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01387-CV

**VERITEX COMMUNITY BANK, F/K/A VERITEX COMMUNITY BANK. N.A.,
Appellant**
**V.**
**JOHNSON KIDZ, INC., D/B/A KIDDIE ACADEMY CHILD CARE CENTER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06164**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is the parties' March 7, 2019 agreed motion to dismiss this appeal due to

settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE


181387F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

VERITEX COMMUNITY BANK, F/K/A
VERITEX COMMUNITY BANK. N.A.,
Appellant

No. 05-18-01387-CV          V.

JOHNSON KIDZ, INC., D/B/A KIDDIE
ACADEMY CHILD CARE CENTER,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-06164.
Opinion delivered by Justice Osborne,
Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 19th day of March, 2019.